Blaine D. Gilman, Esq.
Emily A.J. Hall, Esq.
Gilman & Pevehouse
130 South Willow, Suite 3
Kenai, Alaska 99611
Telephone: (907) 283-2600
Facsimile: (907) 398-2009
bdgilman@gilmanlawak.com
ejhall@gilmanlawak.com

Attorneys for Defendants, Helen Knopp, Estate of Gary Knopp
& G & H Construction

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RHONDA ROGERS, individually and On behalf of the ESTATE OF DAVID ROGERS,<br><br>    Plaintiffs,<br><br>vs.<br><br>HELEN KNOPP, individually and as the Personal Representative of the ESTATE OF GARY KNOPP, and G & H CONSTRUCTION,<br><br>    Defendants. | Case No.: 3:21-cv-00071 TMB |

## NOTICE OF REMOVAL TO ADVERSE PARTY

To: Rhonda Rogers, individually and
On behalf of the Estate of David
Rogers
c/o David Karl Gross, ABA #9611065
Birch Horton Bittner & Cherot
510 L Street, #700
Anchorage, Alaska 99501

    PLEASE TAKE NOTICE that Defendants, Helen Knopp, individually and as the Personal

Representative of the Estate of Gary Knopp, and G & H Construction, filed a Notice of Removal

of the state court action, *Rhonda Rogers, individually and on behalf of the Estate of David Rogers v. Helen Knopp, individually and as the Personal Representative of the Estate of Gary Knopp, and G & H Construction,* Case No: 3AN-21-04688 CI, pending in the Superior Court for the State of Alaska, Third Judicial District at Anchorage to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

A copy of the state court Notice of Filing Notice of Removal, which has attached to it the Notice of Removal filed in federal court, is attached to this Notice as Exhibit 1. You are hereby further notified that a copy of the Notice of Removal was delivered to the Court where this action is pending, which shall affect the removal of the action from that Court.

This notice is given to you as attorney for Plaintiffs Rhonda Rogers, individually and on behalf of the Estate of David Rogers.

DATED Kenai, Alaska this 24th day of March, 2021.

Gilman & Pevehouse
Attorneys for Defendants

By: /s/ Blaine D. Gilman
Blaine D. Gilman, ABA #: 8611112

### CERTIFICATE OF SERVICE

I certify that on this 24th day of March, 2021, a copy of the foregoing Notice of Removal To Adverse Party was served by email and by first-class mail, postage prepaid, on the following:

David Karl Gross, Esq.
Birch Horton Bittner & Cherot
510 L Street, #700
Anchorage, Alaska 99501

/s/ Rebecca Gilman