Blaine D. Gilman, Esq.
Emily A.J. Hall, Esq.
Gilman & Pevehouse
130 South Willow, Suite 3
Kenai, Alaska 99611
Telephone: (907) 283-2600
Facsimile: (907) 398-2009
bdgilman@gilmanlawak.com
ejhall@gilmanlawak.com

Attorneys for Defendants, Helen Knopp, Estate of Gary Knopp
& G & H Construction

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RHONDA ROGERS, individually and On behalf of the ESTATE OF DAVID ROGERS, <br><br> Plaintiffs, <br><br> vs. <br><br> HELEN KNOPP, individually and as the Personal Representative of the ESTATE OF GARY KNOPP, and G & H CONSTRUCTION, <br><br> Defendants. | Case No.: 3:21-cv-00071-TMB |

## STIPULATION TO REMAND TO STATE COURT

The parties by and through their attorneys stipulate that the Alaska Superior Court has jurisdiction over this case and the case should be remanded back to the state court action, *Rhonda Rogers, individually and on behalf of the Estate of David Rogers, v. Helen Knopp, individually and as the Personal Representative of the Estate of Gary Knopp, and G & H Construction*, Case No. 3AN-21-04688 CI in the Superior Court for the State of Alaska, Third Judicial District at Anchorage.

Stipulation To Remand To State Court, Page 1 of 2
*Rhonda Rogers, et al v. Helen Knopp, et al*
Case No.: 3:21-cv-00071-TMB

Case 3:21-cv-00071-TMB   Document 4   Filed 03/26/21   Page 1 of 2

Dated: 03/26/21            Birch Horton Bittner & Cherot
Attorneys For Plaintiffs

By: /s/ David Karl Gross
David Karl Gross, ABA #: 9611065

Dated: 03/26/21            Gilman & Pevehouse
Attorneys For Defendants

By: /s/ Blaine D. Gilman
Blaine D. Gilman, ABA #: 8611112

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF electronic service on the following counsel of record:

David Karl Gross,
Birch Horton Bittner & Cherot
Attorney for Plaintiffs
Email: dgross@bhb.com

/s/ Rebecca Gilman