IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RHONDA ROGERS, individually and On behalf of the ESTATE OF DAVID ROGERS,<br><br>Plaintiffs,<br><br>vs.<br><br>HELEN KNOPP, individually and as the Personal Representative of the ESTATE OF GARY KNOPP, and G & H CONSTRUCTION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:21-cv-00071-TMB |

## [PROPOSED] ORDER RE: REMAND TO STATE COURT

Upon consideration of Parties' Stipulation To Remand To State Court,

IT IS ORDERED this case is remanded back to the state court action, *Rhonda Rogers, individually and on behalf of the Estate of David Rogers, v. Helen Knopp, individually and as the Personal Representative of the Estate of Gary Knopp, and G & H Construction*, Case No. 3AN-21-04688 CI in the Superior Court for the State of Alaska, Third Judicial District at Anchorage.

Dated this _____ day of _____, 2021 at Anchorage, Alaska.

Honorable Timothy M Burgess
United States District Court Judge

Order Re: Remand To State Court,
*Rhonda Rogers, et al v. Helen Knopp, et al*
Case No.: 3:21-cv-00071-TMB
Case 3:21-cv-00071-TMB   Document 4-1   Filed 03/26/21   Page 1 of 1